IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL M. SANDERS,

    Plaintiff,

  v.

ACCO ENGINEERED SYSTEMS, INC., a corporation and DOES 1 through 20, *et al.*,

    Defendants.

                                             /

No. C 05-04177 WHA

**ORDER DENYING MOTION FOR REMAND AND VACATING HEARING**

       In this labor dispute, plaintiff filed his complaint in Superior Court for Alameda County on September 12, 2005. Defendant ACCO Engineered Systems, Inc. was served with the complaint on September 16, 2005. It filed a notice of removal before this Court on October 14, 2005. Defendant also filed a notice of removal in state court on October 17, 2005. Plaintiff now moves to remand the action on the basis that defendant's removal was untimely.

       Pursuant to 28 U.S.C. 1446(a), a defendant desiring to remove a civil action "shall file in the district court of the United States for the district and division within which such action is pending a notice of removal." This must be done "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief." 28 U.S.C. 1446(b).

       Plaintiff asserts that the date of service was September 16, 2005, which is consistent with the date of service alleged in the notice of removal. Plaintiff cannot dispute that October 14, 2005, the date defendant filed its notice of removal in *this* Court, was within thirty

1 days of service.  Moreover, Federal Rule of Civil Procedure 6(a) provides that when the last day
2 of a period of time falls on a Saturday, a Sunday, a legal holiday or when weather or other
3 conditions have made the Clerk's Office inaccessible, "the period runs until the end of the next
4 day which is not one of the aforementioned days."  Because October 16 was a Sunday, it was
5 also within thirty days of service when defendant filed its notice of removal in state court on
6 Monday, October 17, 2005.  Regardless, removal was timely.  Accordingly, plaintiff's motion
7 for remand is **DENIED**.  The hearing on this motion, currently noticed for **DECEMBER 15, 2005**
8 **AT 8:00 A.M.**, is **VACATED**.  The stipulated request to continue the hearing to December 22,
9 2005 is **RENDERED MOOT**.

**IT IS SO ORDERED.**

Dated:  November 15, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2