IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCO ENGINEERED SYSTEMS INC.,<br><br>    Defendant.<br>                                      / | No. C 05-04177 WHA<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff Paul M. Sanders having failed to appear at the regularly-scheduled and noticed case management conference on January 19, 2006, at 11:00 a.m. and defense counsel having appeared at the case management conference in compliance with the Court's orders,

      THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff should not be required to pay defense counsel's fees incurred in appearing at the case management conference and/or show cause why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      Plaintiff is **ORDERED TO APPEAR ON THURSDAY, FEBRUARY 9, 2006, AT 11:00 A.M.** to show cause why he should not be required to pay defense counsel's fees and/or why plaintiff's claims should not be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: January 19, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE